**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
Gainesville, Florida **DIVISION**

## CIVIL RIGHTS COMPLAINT FORM
**TO BE USED BY PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 OR 42 U.S.C. § 1983**

Zachary Tyrone Morris,

(Enter full name of Plaintiff(s))

vs.

CASE NO: 1-08-cv-208 MP/AK
(To be assigned by Clerk)

Loyola University Chicago,
FKA- INAPP / ACS / AFSA-FHA,
George W. Bush President of United States
Barack Obama U.S. Senator (IL)

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
GAINESVILLE, FLA.
2008 SEP 26 PM 1:35
FILED KM

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

**I.   PLAINTIFF:**
State your full name and full mailing address in the lines below.

Name of Plaintiff: Zachary Tyrone Morris
Mailing address: P.O. Box 2241
Gainesville, FL 32602

**II.  DEFENDANT(S):**
State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: Loyola University Chicago
    Official position: Educational Institution
    Employed at: Loyola
    Mailing address: 820 N. Michigan Ave
    Chicago, IL 60611

(2) Defendant's name: ACS / J DAPP
    Official position:
    Employed at: ACS / J DAPP
    Mailing address: P.O. Box 900156l
    Louisville, KY 40290-1561

(3) Defendant's name: George W. Bush
    Official position: U.S. President
    Employed at: White House - U.S. Government
    Mailing address: 1600 Pennsylvania Ave.
    N.W. Washington DC 20560

(4) Defendant's name: Barack Obama
    Official position: U.S. Senator
    Employed at: U.S. Government
    Mailing address:
    Chicago, IL

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

### III. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

(a). Beginning in March 2004 President George W. Bush begin violating my civil rights and civil liberties and Constitutional rights by aiding to deny me the right to personal growth. This is a gross violation of my rights under the equal protection clause, my right to acquire useful knowledge, my right to enjoy those privileges long recognized, etc. This Government interference has stigmatized, disadvantaged, and disempowered me.

(b). In 2006, Senator Barack Obama began to aid with Oprah Winfrey, President Bush, Loyola University Chicago to destroy my right to personal growth and my civil rights to education under the U.S. Constitution. This unacceptable conduct has violated my right to be left alone, civil right and right to personal growth without Government interference.

(c). In the year 2003, I received a letter from Loyola University Chicago denying me the right to acquire useful knowledge, the right to education and the right to a hearing. This breach of duty and intentional misconduct has left me debased and seeking justice. Loyola accused me in writing of making negative comments on someone's life. This is slander and a hinderance to my education. Loyola's violation of my civil rights and the defamation of

3

III Statement of Facts:
of my character leaves me seeking justice.
d). ACS is suppose to be a loan service center. I have not received a student loan since a PLUS loan for $4,000. Every year the total amount ACS say I owe increase by huge sums of money. The loans are Federal Student loans for which I was not in college to incur. This is fogery, fraud, and embezzlement of Federal Student Loans in my name. I am suing.

**IV. STATEMENT OF CLAIMS:** Written on separate paper/continuation pages

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section III. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

(a) Civil Rights, Rights to education, Defamation of Chracter, Professional Negligence, violation of my right to personal growth, violation of my right to acquire useful knowledge, etc.
(b) Written on a separate sheet of paper - Statement of Claims.
(c) Written on a separate sheet of paper - Statement of Claims.
(d) Written on a separate sheet of paper - Statement of Claims.

**V. RELIEF REQUESTED:** Written on separate paper/continuation pages

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

(a) George W. Bush - $1,000,000 settlement for damages, court cost, atty fee, etc.
(b) Barack Obama - $7,000,000 monetary settlement, resignation, court cost, atty fees, etc
(c) Loyola University - $7,000,000 monetary settlement, court cost, atty fee, etc
(d) ACS - $2,000,000 monetary settlement, court cost and attorney fees

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

09/25/2008
(Date)

Zachary Tyrone Morris
(Signature of Plaintiff)

Revised 07/02

4

I. Plaintiff: Zachary T. Morris
P.O. Box 2241
Gainesville, FL 32602

II  Federal Complaint against: Barack Obama (US Senator) Chicago, IL
III Statement of Claims:
(1) Violation of my Civil Rights to education
(2) Gross neglect of my civil liberties
(3) Violation of my right to personal growth
(4) Unlawful confinement
(5) Violation of my right to live where I choose in America.
(6) Defamation of Chracter
(7) Slander to destroy life completely
(8) Professional Negligence
(9) Corruption of Blood
(10) Violation of my rights under the equal protection clause.
(11) Using Government resources to disadvantage, stigmatize and disempower.
(12) Using Government resources to commit a crime.
(13) Violation of my right to be free of Government interference.
(14) In violation of running roughshod over my interest and constitutional rights.
(15) Violated my process rights and substantive rights

pg 2bof 2

(16) Violated my constitutional liberty to acquire useful knowledge
(17) Violation of my right to enjoy those privileges long recognized.

**IV** Relief Requested / Compensation
(1) $7,000,000 monetary settlement
(2) resignation as United States Senator
(3) Federal Restraining Order imposed by the court.

Federal Complaint against: Barack Obama

pg 1A of 2

I. Plaintiff: Zachary T. Morris
P.O. Box 2241
Gainesville, FL 32602

II. Federal Complaint against: President George W. Bush

III. Statement of Claims.
(1) Violation of my Civil Rights
(2) Violation of my Civil Rights to education
(3) Defamation of Character
(4) Slander to destroy life completely
(5) Professional Negligence
(6) Corruption of Blood
(7) Racial Discrimination
(8) Using Government Resources to disadvantage, stigmatize, and disempower me.
(9) Breach of trust
(10) Intentional Misconduct
(11) Violation of my right to personal growth
(12) Using Government resources to commit a crime.
(13) In Violation of running roughshod over my interest and constitutional rights.
(14) Violated my constitutional liberty to acquire useful knowledge.
(15) Violation of my right to enjoy those privileges long recognized.

pg 2 of 2

(16.) Violated my right to be free of Government interference.
(17) Violated my process rights and substantive rights

IV  Relief Requested / Compensation
(1) $11,000,000 monetary settlement plus court cost and my attorney fees
(2) I would like my constitutional rights restored and upheld.
(3) I do not wish to be stalked or harassed by President Bush after he leaves office.

Federal Complaint against: George W. Bush

Pg 1 of 2

I. Plaintiff: Zachary T. Morris
P.O. Box 2241
Gainesville, FL 32602

II. Federal Complaint against: Loyola University Chicago
820 N. Michigan Ave.
Chicago, IL 60611

III.
1. Age discrimination / Aided to make me a stranger to US law.
2. Violation of my Civil Rights.
3. Fraud of Federal Student loans in my name.
4. Fogery of my name on Federal Student loans.
5. Violation of my right to Due Process.
6. Violation of my right to a hearing
7. Breach of Duty
8. Racial Discrimination
9. Defamation of Chracter
10. Corruption of Blood
11. Intentional Misconduct
    a. Professor at Loyola called me a monster during class.
    b. An African American female, I was told was a dean, called me a stupid as nigger.
10. Professional Misconduct
    a. Loyola Kicked me out of college for no given reason from Aug 2001 to Aug 2003 and from Sept. 2003 to present.

pg 2 of 3

    b. Loyola denied me the right to receive Federal Financial aid from 1995 to Present.
    c. Loyola has aided in destroying my social network as a U.S. Citizen.
11. Conspiracy to conceal a crime.
12. Slander
13. Continuous persecution within the United States.
14. Double Jeopardy
15. In Justice
16. Cruel and inhumane treatment
17. Gross Negligence
18. Discrimination (I was placed on a separate grading scale from the rest of the University).
19. Violation of my right to personal growth

IV   Relief Requested / compensation
(1) $7,000,000 monetary settlement plus court cost and attorneys fees paid for by Loyola University Chicago.
(2) Tuition, books, 21 meal plan per week paid by Loyola
(3) Off campus housing paid for by Loyola.
(4) Free Halas Sports Center Membership.
(5) Access to academic tutoring at Loyola tutoring center
(6) Free internet, electronic mail and any other computer enhanced programs that pertain to academic convience towards my education at Loyola University Chicago.
(7) Court Cost plus attorneys fee paid by Loyola Univ. Chicago

pg 3 of 3

(8), Undergraduate degree: Business, computer science communication or biology with a minor in Mathematics. (Loyola's Administration told me I had to change my major from business finance to communication).

(9) Free access to the language center.

(10) $500.00 put on my "Identification dollar program" per semester and Id dollars rollover per semester and summer session.

(11) I am to be admitted as a full-time student taking 18 credit hours per fall and spring semesters and up to 12 credit hours per summer session. All to be paid for by Loyola University Chicago.

(12) All books for Fall and Spring semesters and summer sessions to be paid in full by Loyola University Chicago.

(13) I can not be kicked out of Loyola University of Chicago ever again without a hearing.

1 of 2

I. Plaintiff: Zachary T. Morris
P.O. Box 2241
Gainesville, FL 32602

II. Federal Complaint against: (1) IDAPP, P.O. Box 78208, Phoenix, AZ 85062
(2) FNB-Chicago, P.O. Box 78208, Phoenix, AZ 85062
(3) AFSA Data Corp., P.O. Box 7051, Utica, NY 13509
(4) ACS, P.O. Box 7051, Utica, NY 13504-7051
(5) AFSA Data Corp, P.O. Box 9001561, Louisville, KY 40291
(6) ACS, P.O. Box 9001561, Louisville, KY 40290

III. Statement of Claim:
(1) Breach of Contract
(2) Bad Faith
(3) Fraud of Federal Student Loans.
(4) Fogery of my name on Federal Student Loans.
(5) Gross Negligence
(6) Embezzlement of Federal Student Loans,
(7) Untruthfulness
(8) Aiding to destroy life and livelyhood,
(9) Aiding in a conspiracy to conceal a crime.
(10) Aiding in Corruption
(11) Abuse of student loan program in my name w/o consent,
(12) Conspiracy to conceal a crime.

IV. Compensation / Relief Requested
a. $2,000,000 money settlement plus court cost and attorneys

fee.
b. Remaining student loan payment should be expunged do to me not being in college and a block ~~to~~ prevent me from registering for classes. Also, I have paid off the PLUS loan I incurred.
c. ACS has to remove the Loan amount from my name.

## V   Statement of Fact

I received the student Pell Grant for $2,625 (Twice) ~~totalling~~ Totaling $5,250. I have paid off this amount over and over. Also, I received one PLUS loan for $4,000. The PLUS loan I paid off. I found out that the Pell Grant are non-repayable. I have not been allowed to apply for student loans since 1995. Loyola University have aided with the six defendants in destroying my life. President George W. Bush, Barack Obama (D-IL)